In the Matter of the Estate of BETSEY WELLS, Deceased. HENRIETTA BENEDICT, Individually and as Administratrix, etc., of BETSEY WELLS, Deceased, Appellant; DEWITT A. GLEASON, Respondent.— Decree unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation, Made under the Workmen's Compensation Law, by FREDERICK W. NELSON, Respondent, v. UNITED STATES RAILROAD ADMINISTRATION (New York Central Railroad). WALKER D. HINES, as Director-General of Railroads, Employer and Self-Insurer, Appellant.— Award reversed and claim dismissed on the authority of *Evans* v. *United States Railroad Administration* (191 App. Div. 704). All concur, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by CASMIR KOWALSKI, Respondent, v. LA COUR IRON WORKS, INC., Employer, and METROPOLITAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BENJAMIN GLUBERMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. AMERICAN RAILWAY EXPRESS COMPANY, Employer and Self-Insurer, Appellant.—Award reversed on the ground that there was a failure of proof to sustain the finding of the Industrial Commission that the employer and insurance carrier were not prejudiced by the failure of the claimant to give written notice of his injury to his employer within thirty days thereafter; and claim remitted to the Commission for further consideration. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GUSSIE LEVINE, Dependent Mother, and Others, Respondents, for the Death of ABRAHAM LEVINE, v. McELWAIN, MORSE & ROGERS, Employer, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EMMA KIMBERLY, Respondent, for Compensation Arising out of the Death of CLINTON F. KIMBERLY, under the Workmen's Compensation Law, v. MADDOX TABLE COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA RALPH, Respondent, for Compensation to Herself under the Workmen's Compensation Law, v. IMPERIAL CLOAK COMPANY, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.—Award unanimously affirmed.